**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARIYAH GARRETT,

      Plaintiff,

v.                            Case No.:

THE HOLMES GROUP LLC,
d/b/a OPULENCE NIGHTCLUB,
a Florida Limited Liability Company,

      Defendant.

_____/

## <u>DEFENDANT'S NOTICE OF REMOVAL</u>

Defendant THE HOLMES GROUP LLC d/b/a OPULENCE NIGHTCLUB ("Defendant") hereby removes this action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida to this, the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1331, and 1446, and Federal Rule of Civil Procedure 81(c), and on the following grounds:

1.      On or about November 10, 2025, Mariyah Garrett ("Plaintiff") filed a Complaint against Defendant in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, captioned *Mariyah Garrett v. The Holmes Group LLC, d/b/a Opulence Nightclub*, Case No. 25-006356-CI (hereinafter, "Complaint").

2.      On or about December 11, 2025, Plaintiff served the Summons and Complaint on Defendant, through its agent for service of process.

3.      Count II of the Complaint alleges that Defendant violated 42 U.S.C. § 1981. This Court has original jurisdiction over this claim pursuant to 28 U.S.C. § 1331, because Plaintiff's claim raises an issue of federal law.

4.      Count I of the Complaint alleges that Defendant violated Florida's worker's compensation retaliation statute, § 440.205, Florida Statutes. Count I is related to Count II; both pertain to the same adverse action alleged by Plaintiff. Thus, this Court has supplemental jurisdiction over this Count I pursuant to 28 U.S.C. § 1367.

5.      Venue of this removed action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court that includes Pinellas County, Florida, where the state court action was pending.

6.      In accordance with 28 U.S.C. § 1446(a) and Local Rule 1.06(b), The removing party must file with the notice of removal a legible copy of each paper docketed in the state court, Defendant has attached as Exhibit A, and filed with the Clerk of this Court, true and legible copies of all process and pleadings on file with the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, which includes:

- Civil Cover Sheet, dated November 10, 2025;

- Complaint with Demand for Jury Trial, dated November 10, 2025;

- Summons, not issued, dated November 10, 2025;

- Standing Order Assigning General Civil Case Track, dated November 18, 2025;

- Summons issued to The Holmes Group, LLC, dated November 18, 2025;

- Notice of Appearance by Plaintiff, dated November 18, 2025

- Summons Return of Service, served December 11, 2025, filed December 15, 2025; and

- Notice of Appearance by Defendant, dated December 30, 2025.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will give notice to Plaintiff and shall file a copy of this notice with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

WHEREFORE, Defendant files this Notice of Removal of this case from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, in which the case is now pending, to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: January 12, 2026

Respectfully submitted,

3

**JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, L.L.P.**

By:   */s/ Rachael L. Wood*
Rachael L. Wood
FBN 54102
Primary:  rachaelw@jpfirm.com
Secondary:  julier@jpfirm.com
311 Park Place Boulevard, Suite 300
Clearwater, Florida 33759
727-461-1818 / 727-462-0365 Fax
*Counsel for Defendant, The Holmes Group,
LLC d/b/a Opulence Nightclub*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2026, a true copy of

the foregoing has been electronically filed with the Clerk of Court via the CM/ECF,

with copies furnished via email to:

Jewell Gentry-Mickelson, Esq.
FBN: 1058041
Daniel H. Hunt, Esq.
FBN: 121247
**THE MIAMI SHARK PA**
11767 S. Dixie Highway, Suite 407
Pinecrest, FL 33156
Tel: 305-507-0511
Email: jewell@themiamishark.com
Email: dhuntlaw@gmail.com
*Counsel for Plaintiff*

**JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, L.L.P.**

4

By:    */s/ Rachael L. Wood*
Rachael L. Wood
FBN 54102

5